

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2024

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

      **Re:**    <u>**United States**</u> **v.** <u>**Nestor Isidro Perez Salas, a/k/a "Nini," a/k/a "19"**</u>
              **S1 23 Cr. 180 (KPF)**

Dear Judge Wang:

      The above-referenced Superseding Indictment was filed under seal on December 12, 2023. The defendant was extradited from Mexico this weekend and will be presented on the Superseding Indictment in the District today.  Accordingly, the Government respectfully requests that Superseding Indictment S1 23 Cr. 180 be unsealed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney


By:       /s/
           Nicholas S. Bradley / Sarah L. Kushner
           Alexander N. Li / David J. Robles
           Assistant United States Attorneys
           (212) 637-2676 / -1581 / -2265 / -2550

**SO ORDERED:**

HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York