**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

-against-

NESTOR ISIDRO PEREZ SALAS,

*Defendant.*

**AFFIDAVIT OF RUBEN OLIVA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

23 CR 180 (KPF)

---

| | |
|---|---|
| State of Florida | ) |
| | )  ss |
| County of Miami-Dade | ) |

RUBEN OLIVA, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of ROJAS & OLIVA, P.A..

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing in the State of Florida[1] and the Federal Bar for the United States District Court for the Southern District of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant NESTOR ISIDRO PEREZ SALAS.

---

[1] A Certificate of Good Standing from the Supreme Court of Florida has replaced the previously provided Certificate of Good Standing from the Florida Bar which, it should be noted, is an arm of the Supreme Court of Florida. Both certificates are issued by the Supreme Court of Florida except one is emailed and the other is printed in fancy paper. Counsel apologizes for the error.

By:_____

RUBEN OLIVA, Esq.
Fla. Bar. No. 626074

**ROJAS & OLIVA, P.A.**
**Attorneys for the Defendant**
**Fountain Square Centre, Suite 206**
**15800 Pines Boulevard**
**Pembroke Pines, FL 33027**
**Tel.:          305.373.6868**
**Fax.:         305.373.6768**
**E-Mail:      ruben@rojasoliva.com**

The foregoing instrument was acknowledged before me this 24th day of January, 2025 by Ruben Oliva, who presented a Florida Driver's License  as identification and who did take an oath.

VIVIANA MARIA ESCOBAR
Notary Public - State of Florida
Commission # HH 107924
My Comm. Expires Mar 22, 2025
Bonded through National Notary Assn.

_____
NOTARY PUBLIC, STATE OF FLORIDA
My Commission Expires: MARCH 22, 2025